UNITED STATES DISCRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

NEW WAVE INNOVATIONS, INC.,                              CASE NO.: 14-CV-24544

            Plaintiff,

vs

STEVEN M. GREENBERG, ESQ.; STEVEN M.
GREENBERG, PA; CRGO GREENBERG LLC
d/b/a CRGO LAW; ADAM D. PALMER, ESQ.; and
ADAM D. PALMER, PA,

            Defendants.
_____/

**NOTICE OF APPEARANCE**

      NOTICE IS GIVEN that undersigned counsel appears in this action on behalf of all Defendants, Steven M. Greenberg, Esquire, Steven M. Greenberg, PA, CRGO Greenberg LLC d/b/a CRGO Law, Adam D. Palmer, Esquire and Adam D. Palmer, PA.  Copies of all pleadings and papers filed in this action shall be served on Adam D. Palmer, Esquire, c/o Schoeppl & Burke, PA, 4651 North Federal Highway, Boca Raton, Florida  33431.

**Certificate of Service**

Undersigned counsel certifies that a true and correct copy of the foregoing was served electronically to all counsel of record via the courts CM/ECF system on this 15th day of January, 2015.

                                                    **SCHOEPPL & BURKE, PA**
                                                    4651 North Federal Highway
                                                    Boca Raton, FL 33431
                                                    Telephone: 561-394-5602
                                                    Facsimile: 561-394-3121
                                                    apalmer@schoepplburke.com

                                                    By:  _Adam D. Palmer, Esq._____

**Adam D. Palmer, PA**
Florida Bar No. 735220