UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24544-Civ-COOKE/TORRES

NEW WAVE INNOVATIONS, INC.,

    Plaintiff,

vs.

STEVEN GREENBERG, et al.,

    Defendants.

_____/

## JOINT SCHEDULING REPORT

Pursuant to the Court's Order Requiring Counsel to Meet and File Joint Scheduling Report and Proposed Order ("Order") [D.E. 32], Plaintiff New Wave Innovations, Inc. ("Plaintiff"), and Defendants Steven Greenberg, Steven Greenberg PA, CRGO Greenberg LLC, Adam D. Palmer and Adam D. Palmer PA ("Defendants"), by and through their respective counsel, have jointly agreed to the deadlines attached hereto in Attachment A. The parties also agree that the appropriate case management track for this action is the Standard Track under Local Rule 16.1(a)(2)(B).

Pursuant to the Order and Locale Rule 16.1(b)(2)(A-K), the parties submit the following:

(A)    There is little likelihood of settlement in this action;

(B)    At this time none of the parties believe there is a likelihood of appearance of additional parties;

(C)    See Attachment A;

(D)    The parties have not agreed to a limit of the number of motions for summary judgment, however, as to timing of same, see Attachment A;

(E)  See Attachment A;

(F)  The parties will seek discovery pursuant to Attachment A and the Federal Rules of Civil Procedure;

(G)  None;

(H)  The parties agree to have Magistrate Judge Torres hear Motions for Costs, Motions for Attorneys' Fees, and Motions for Sanctions (See Attachment C);

(I)  The parties estimate that the time needed for trial is one day;

(J)  See Attachment A;

(K)  None.

Respectfully, submitted,

CRGO Law

By: /s/ Meredith Chaiken-Weiss
Meredith Chaiken-Weiss, Esquire
mchaiken@crgolaw.com
FL Bar No. 87927
7900 Glades Road, Suite 520
Boca Raton, FL 33434
T: 561-922-3845
F: 561-244-1062
*Counsel for Defendants Steven Greenberg, Steven Greenberg PA, and CRGO Greenberg LLC*

Faro & Associates

By: /s/ John Faro
John Faro, Esquire
JohnF75712@aol.com
FL Bar No. 527459
P.O. Box 490014
Key Biscayne, FL 33149
T: 305-761-6921
F: 305-726-0029
*Counsel for Plaintiff*

Schoeppl & Burke

By:/s/ Adam D. Palmer
Adam D. Palmer, Esquire
apalmer@schoepplburke.com
FL Bar No. 735220
4651 N. Federal Highway
Boca Raton, FL 33431
T: 561-394-5602
F:561-394-3121
*Counsel for Defendants Adam D. Palmer, and Adam D. Palmer, PA*

*Attachment A*: **Pretrial Deadlines, Pretrial Conference and Trial Date**

June 26, 2015    Joinder of parties and claims, and amendment of pleadings.
**(INSERT DATES)**

Sept. 4, 2015    Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within <u>ten (10) days</u> of receipt or other notice of new or revised information.

Sept. 25, 2015    All <u>fact</u> discovery must be completed.

Oct. 9, 2015    Plaintiffs must furnish expert witness list to the Defendants, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Plaintiffs shall make its experts available for deposition by Defendants.

Oct. 2, 2015    All dispositive *and* other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed. A **minimum of seventeen (17) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.**

Oct. 23, 2015    Defendants must furnish expert witness list to the Plaintiffs along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Defendants shall make its experts available for deposition by Plaintiffs.

Nov. 6, 2015    All <u>expert</u> discovery must be completed.

Nov. 13, 2015    All <u>Daubert</u> and <u>Markman</u> motions and accompanying memoranda of law must be filed. *If a <u>Daubert</u> or <u>Markman</u> hearing is necessary, add that as an additional deadline at the bottom of Attachment A.*

Nov. 20, 2015    Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.)

Jan. 29, 2016    (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation.** The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**

(b) Joint Summary of Respective Motions in *Limine* must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in *limine*. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

Mar. 4, 2016    Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. *(A courtesy copy shall be submitted to chambers at cookefl@flsd.uscourts.gov, in Microsoft Word format),* each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

Mar. 14, 2016    Trial Date.

*Attachment C*: Magistrate Judge Jurisdiction Election Form

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 14-24544-Civ-COOKE/TURNOFF

NEW WAVE INNOVATIONS, INC.,

    Plaintiff,

vs.

STEVEN GREENBERG, et al.,

    Defendants.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs     Yes  X      No ____
2. Motions for Attorney's Fees     Yes  X      No ____
3. Motions for Sanctions     Yes  X      No ____

5/26/2015      /s/ John Faro
(Date)      (Signature-Plaintiff's Counsel)

_____      _____
(Date)      (Signature-Plaintiff's Counsel)

5/26/2015      /s/ Meredith Chaiken-Weiss, /s/ Adam D. Palmer
(Date)      (Signature-Defendant's Counsel)